FILED
United States Court of Appeals
Tenth Circuit

**April 21, 2026**

**Christopher M. Wolpert**
**Clerk of Court**

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**
_____

LUCIA F. SANCHEZ; MICHAEL F.
SANCHEZ, JR.; ERIK BRIONES;
RICHARD JENKINS; ROLAND
RIVERA,

      Plaintiffs - Appellants,

v.

RAUL TORREZ, in his official capacity as
Attorney General of New Mexico;
RICHARD STUMP, in his official capacity
as Chair of the New Mexico State Game
Commission; SHARON SALAZAR
HICKEY, in her official capacity as Vice-
Chair of the New Mexico State Game
Commission; TIRZIO LOPEZ, in his
official capacity as a member of the New
Mexico State Game Commission; GREGG
FULFER, in his official capacity as a
member of the New Mexico State Game
Commission; DR. SABRINA PACK, in
her official capacity as a member of the
New Mexico State Game Commission;
EDWARD GARCIA, in his official
capacity as a member of the New Mexico
State Game Commission; FERNANDO
CLEMENTE, JR., in his official capacity
as a member of the New Mexico State
Game Commission; MICHAEL SLOANE,
in his official capacity as Director of the
New Mexico Department of Game & Fish,
Defendants - Appellees.

No. 25-2009
(D.C. No. 1:24-CV-00646-KWR-LF)
(D. N.M.)

_____

**JUDGMENT**
_____

Before **PHILLIPS**, **McHUGH**, and **FEDERICO**, Circuit Judges.

_____

This case originated in the District of New Mexico and was argued by counsel.

The judgment of that court is affirmed.

Entered for the Court


Per Curiam